ANTHONY H. MASON
Chapter 7 Trustee
1850 N Central Avenue Suite 930
Phoenix, Arizona 85004
(602) 808-7770

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 7 |
|---|---|---|
| O'BRYANT, TRACY | ) | Case No. 2:07-bk-05114-RTB |
| O'BRYANT, SEAN | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtors. | ) | TO THE U.S. BANKRUPTCY COURT |
| | ) | |

ANTHONY H. MASON, Trustee, reports that the following dividend check has been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | PAYEE'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1002 | 9/1/2009 | Tracy & Sean O'Bryant<br>PO Box 436<br>Queen Creek, AZ 85242 | $781.06 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $781.06 to the Clerk of the Court to be deposited in the Registry thereof.

DATED this 18th day of February 2010.

/s/ Anthony H. Mason
ANTHONY H. MASON, TRUSTEE